# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:07CR112** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **EZEQUIEL VILLA-GUTIERREZ,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion to continue trial by defendant Ezequiel Villa-Gutierrez (Villa-Gutierrez) (Filing No. 26). The motion is granted, and trial will be rescheduled following the disposition of Villa-Gutierrez's motion to suppress (Filing No. 24).

**IT IS SO ORDERED.**

DATED this 11th day of July, 2007.

                                            BY THE COURT:

                                            s/Thomas D. Thalken
                                            United States Magistrate Judge